IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00023-M

| | | |
|---|---|---|
| JOHNNY BOGGS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BMW OF NORTH AMERICA, LLC, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant BMW of North America, LLC's Consent Motion for Stay of Discovery [DE-25]. For good cause shown, this Motion is GRANTED, and all discovery in this matter shall be stayed pending the Court's ruling on Defendant's Motion to Dismiss Amended Complaint.

IT IS THEREFORE ORDERED that all discovery is stayed until 30 days after the Court's ruling on the Motion to Dismiss Amended Complaint and further that the parties shall reconvene the Rule 26(f) conference within 14 days following the Court's ruling on the Motion to Dismiss Amended Complaint.

SO ORDERED this the 6th day of May, 2020.

RICHARD E. MYERS II
U.S. DISTRICT COURT JUDGE